| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **175 Lenox Restaurant LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Little Bamboo** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2032301** |
| 4. | **Debtor's address** | **Principal place of business**  **175 Lenox Avenue**  **New York, NY 10036**  Number, Street, City, State & ZIP Code  **New York**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **175 Lenox Restaurant LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **175 Lenox Restaurant LLC**                                                     Case number (*if known*)
          Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **175 Lenox Restaurant LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 15, 2017**
             MM / DD / YYYY

X **/s/ James Goldman**                              **James Goldman**
Signature of authorized representative of debtor      Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Robert L. Rattet**                           Date **May 15, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone  **+1-914-381-7400**     Email address  **rrattet@rattetlaw.com**

**1674118**
Bar number and State

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **175 Lenox Restaurant LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Action Environmental Services** 300 Frank W Burr Blvd - Ste 39 Teaneck, NJ 07666 | | | | | | $1,286.10 |
| **Auto-Chlor System** 1405 Commerce Avenue Bronx, NY 10461 | | | | | | $214.43 |
| **ConEdison** JAF Station P.O. Box 1702 New York, NY 10116-1702 | | | | | | $182.77 |
| **Frandel Electric** 1967 Washington Avenue Bronx, NY 10457 | dilangie.frandelelectrical.com | | | $36,046.60 | $0.00 | $36,046.60 |
| **JoeNYC, Inc.** 373 Park Avenue South - 6th FL New York, NY 10016 | | | | | | $2,817.75 |
| **Laurence Reinlieb** 358 5th Avenue New York, NY 10001 | | | | | | $4,228.75 |
| **M2 Lease Funds LLC** 175 North Patrick Boulevard Brookfield, WI 53045 | tlemieux@m2lease.com | Equipment | | $55,697.60 | $0.00 | $55,697.60 |
| **NYC Dept of Finance** 66 John Street - Room 104 New York, NY 10038 | | | | | | $4,224.86 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
| Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | 175 Lenox Restaurant LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Ocean US Seafood Inc.<br>1637 W 6th Street<br>Brooklyn, NY 11223 | | | | | | $6,229.98 |
| Out of the Blue Wholesale, LLC<br>1271 Ryawa Avenue<br>Bronx, NY 10474 | | | | | | $12,584.19 |
| Wismettac Asian Foods (USA)<br>602 Washington Avenue<br>Carlstadt, NJ 07072-2902 | | | | | | $4,811.17 |

.

ACTION ENVIRONMENTAL SERVICES
300 FRANK W BURR BLVD - STE 39
TEANECK, NJ 07666


AUTO-CHLOR SYSTEM
1405 COMMERCE AVENUE
BRONX, NY 10461


CONEDISON
JAF STATION P.O. BOX 1702
NEW YORK, NY 10116-1702


FRANDEL ELECTRIC
1967 WASHINGTON AVENUE
BRONX, NY 10457


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JOENYC, INC.
373 PARK AVENUE SOUTH - 6TH FL
NEW YORK, NY 10016


LAURENCE REINLIEB
358 5TH AVENUE
NEW YORK, NY 10001


LENOX NY, LLC
C/O BRADLEY S. GROSS, ESQ.
45 ROCKEFELLER PLAZA, STE 3000
NEW YORK, NY 10111


LENOX NY, LLC
124-19 METROPOLITTAN AVENUE
KEW GARDENS, NY 11415


M2 LEASE FUNDS LLC
175 NORTH PATRICK BOULEVARD
BROOKFIELD, WI 53045


NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007

```
NYC DEPT OF FINANCE
66 JOHN STREET - ROOM 104
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


OCEAN US SEAFOOD INC.
1637 W 6TH STREET
BROOKLYN, NY 11223


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET - ROOM 1006
NEW YORK, NY 10004


OUT OF THE BLUE WHOLESALE, LLC
1271 RYAWA AVENUE
BRONX, NY 10474


SQUARE CAPITAL PROGRAM
ATTN: CAPITAL SERVICING
1455 MARKET STREET - SUITE 600
SAN FRANCISCO, CA 94103


WISMETTAC ASIAN FOODS (USA)
602 WASHINGTON AVENUE
CARLSTADT, NJ 07072-2902
```

# United States Bankruptcy Court
## Southern District of New York

In re  **175 Lenox Restaurant LLC**                                           Case No.
                                    Debtor(s)                                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **175 Lenox Restaurant LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 15, 2017** | **/s/ Robert L. Rattet** |
| Date | **Robert L. Rattet 1674118** |
| | Signature of Attorney or Litigant |
| | Counsel for  **175 Lenox Restaurant LLC** |
| | **Rattet PLLC** |
| | **202 Mamaroneck Avenue** |
| | **Suite 300** |
| | **White Plains, NY 10601** |
| | **+1-914-381-7400 Fax:+1-914-381-7406** |
| | **rrattet@rattetlaw.com** |